Raymond P. Boucher, State Bar No. 115364
 boucher@kbla.com
Jeffrey A. Koncius, State Bar No. 189803
 koncius@kbla.com
KIESEL BOUCHER LARSON LLP
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel:  310-854-4444
Fax:  310-854-0812

Robert I. Lax (*Admitted Pro Hac Vice*)
 rlax@lax-law.com
LAX LLP
380 Lexington Avenue, 31st Floor
New York, New York  10168
Tel:  212-818-9150
Fax:  212-818-1266

Sanford P. Dumain (*Admitted Pro Hac Vice*)
 sdumain@milberg.com
Peter Safirstein (*Admitted Pro Hac Vice*)
 psafirstein@milberg.com
Jennifer S. Czeisler (*Admitted Pro Hac Vice*)
 jczeisler@milberg.com
MILBERG LLP
One Pennsylvania Plaza
New York, New York  10119
Tel:  212-594-5300
Fax:  212-868-1229

Joseph J.M. Lange, State Bar No. 128115)
 jlange@lange-koncius.com
LAW OFFICE OF JOSEPH J.M. LANGE
222 North Sepulveda Boulevard, Suite 2000
El Segundo, California  90245
Tel:  310-414-1880
Fax:  310-414-1882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HITACHI TELEVISION OPTICAL BLOCK CASES<br><br>This Document Relates To: All Actions | Case No. 08 CV 1746 DMS (NLS)<br><br>**DECLARATION OF DAVID P. STENHOUSE IN REPLY TO HITACHI'S OPPOSITION TO PLAINTIFFS' MOTION FOR SPOLIATION SANCTIONS**<br><br><u>CLASS ACTION</u><br><br>Judge Dana Sabraw<br><br>Date:  May 13, 2011<br>Time:  10:30 a.m.<br>Crtrm.:  G<br><br>Trial Date:    June 25, 2012 |

**Filed Provisionally Under Seal Pending Defendants' Application to Seal**

1    I, DAVID P. STENHOUSE, hereby declare as follows:

2    1.    I am President of DS Forensics, Inc. ("DSF"), a professional service firm that provides
3    electronic discovery consulting and computer forensic services to attorneys and the business
4    community. I am also a Forensic Examiner, conducting forensic examinations of electronic evidence
5    primarily in civil litigation cases. In my experience and current position, I have performed hundreds
6    of computer forensic examinations on multiple types of hardware and operating systems in civil
7    litigation, and have been actively involved in this case as a forensic data consultant to the plaintiffs,
8    and oversaw much of the imaging work on Mr. Kato's hard drives ordered by the Court. A fuller
9    summary of my work experience and expertise is set forth in an earlier Declaration I submitted in
10   connection with this action on August 24, 2010.

11   2.    I have reviewed Hitachi's Opposition to Plaintiffs Motion Seeking Sanctions relating to
12   Hitachi's spoliation of evidence in this matter. ███████████████████████████
13   ████████████████████████████████████████████████████████
14   ████████████████████████████████████████████████████████
15   ██████████████████████████████████████.

16   3.    Hitachi's conclusion is entirely premised ██████████████████████
17-24 ████████████████████████████████████████████████████████

─────────────────────
[1] ████████████████████████████████████████████████████████
████████████████████████████████████████████████████████.

00254040-4                                          2                                          08cv1746

1
2      I declare under penalty of perjury under the laws of the State of California and the United
3  States of America that the foregoing is true and correct and that this declaration was executed on
4  May 5, 2011, at Sammamish Washington.
5
6                                                                  _____
                                                                              David Stenhouse
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                               2
DECLARATION OF DAVID P. STENHOUSE

# EXHIBIT A

# Filed Provisionally Under Seal Pending Defendants' Application to Seal

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 6, 2011.

DATED: May 6, 2011              Respectfully Submitted,

                                KIESEL BOUCHER LARSON LLP


                                By:      /s/ *Jeffrey A. Koncius*
                                    Jeffrey A. Koncius
                                     *koncius@kbla.com*
                                    8648 Wilshire Boulevard
                                    Beverly Hills, California  90211
                                    Tel.: (310) 854-4444
                                    Fax: (310) 854-0812